**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2005**

_____

FLORENCE COUNTY SCHOOL DISTRICT NO. 1,

            Plaintiff - Appellee,

      v.

HANNAH L. SECKA,

            Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:21-cv-03746-JD)

_____

Submitted:  January 23, 2025                          Decided:  January 27, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Hannah L. Secka, Appellant Pro Se.  Susan Marie Fittipaldi, Vernie L. Williams, HALLIGAN MAHONEY & WILLIAMS, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hannah L. Secka seeks to appeal the district court's order dismissing her Fed. R. Civ. P. 60(b) motion to vacate the judgement entered on the parties' settlement agreement. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on July 12, 2024, and the appeal period expired on August 12, 2024. Secka filed the notice of appeal on September 19, 2024, after the appeal period had expired. Because Secka failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2